IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| LALIKANT K. MODI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. |
| | ) 05:04-cv-1135-CLS |
| INDIGO CREEK HOLDINGS, INC., | ) |
| et al., | ) |
| | ) |
| Defendants. | ) |

## FINAL JUDGMENT

This cause comes before the Court on the Motion of Plaintiff, Lalikant K. Modi, for the entry of Final Judgment against Gregory D. McClelland and Jean Rene McClelland (collectively referred to as "Defendants"), pursuant to the Consent to Judgment which has been presented to the Court executed by the Defendants. The Court, having considered the Motion, the Consent to Judgment and all other matters properly before the Court in this case, is of the opinion that Final Judgment is due to be entered as requested. The Court expressly finds: (1) that the Consent to Judgment is supported by adequate consideration; (2) that the Defendants have admitted each of the allegations contained in each of the counts and claims in the Plaintiff's Complaint and their liability on each such count; and, (3) that the Defendants have consented to entry of judgment on each count asserted in the Plaintiff's Complaint, jointly and severally, in the amount of $500,000.00 plus reasonable attorneys' fees and all costs. The Court further finds based upon these admissions and consents that judgment is due to be entered on each count and claim for relief including, without limitation, Counts One and Two for fraud and misrepresentation, Count Six for intentional breach of fiduciary duty, and Counts Seven, Eight and Nine for violation of

DOCSHSV\163678\1\

both federal and state security laws. The Court further finds that the Judgment to be entered pursuant to this Consent to Judgment is intended to be nondischargeable in any proceeding, whether in bankruptcy or otherwise.

Therefore, it is ORDERED, ADJUDGED and DECREED, that Final Judgment is due to be, and is hereby, entered as to each and every count of the Complaint against Gregory D. McClelland and Jean Rene McClelland, jointly and severally, in the amount of $500,000.00 plus $7,500.00 in attorneys' fees and costs, for which execution may issue.

Signed this 7th day of June, 2006.

_____
Honorable C. Lynwood Smith